THIS OPINION HAS NO PRECEDENTIAL VALUE

THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 v.
 Bryan Brown, Appellant
 
 
 

Appeal From Charleston County
 Daniel F.  Pieper, Circuit Court Judge

Unpublished Opinion No. 2005-UP-199
Submitted September 15, 2004  Filed March 18, 2005

APPEAL DISMISSED

 
 
 
 Senior Assistant Appellate Defender Wanda P. Hagler, Office of Appellate Defense, of Columbia, for Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney General John W. McIntosh, Assistant Deputy Attorney General Donald J. Zelenka, all of Columbia; and Solicitor Ralph E. Hoisington, of Charleston, for Respondent.
 
 
 

PER CURIAM:  Appellant, Bryan Brown, pled guilty to fifteen counts of strong-armed or attempted strong-armed robbery, four counts of assault and battery of a high and aggravated nature (ABHAN), and one count of grand larceny.  The trial judge sentenced Brown to concurrent terms of fifteen years on each of the robbery/attempted robbery charges, ten years on each of the ABHAN charges, and five years on the grand larceny charge.  He further revoked twenty years of probation on two of Browns prior sentences, the revocation to run consecutive to the sentences on the charges to which Brown pled guilty, and terminated probation on a third prior sentence.  Browns counsel attached to the brief a petition to be relieved as counsel.  Brown did not file a separate pro se brief.  We dismiss pursuant to Anders v. California, 386 U.S. 738 (1967) and State v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991).  Counsels petition to be relieved is granted.1
APPEAL DISMISSED.  
HERN, C.J., and HUFF and KITTREDGE, JJ., concur.

1 We decide this case without oral argument pursuant to Rule 215, SCACR.